**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO AGUIRRE,

      Plaintiff,

v.                                                                No. CV 21-1017 SCY/CG

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

## ORDER EXTENDING DEFENDANTS TIME TO ANSWER THE COMPLAINT

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint* (the "Motion"), (Doc. 6), filed January 3, 2022. In the Motion, Defendants explain that, at this time, "it has insufficient information from the underlying agency, the Department of Veterans Affairs, regarding the incidents alleged in the Complaint with which to respond." *Id.* at 1. As such, Defendants request an extension of time to February 15, 2022, to answer the Complaint. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants shall answer or otherwise respond to the Complaint by **February 15, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE