IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO AGUIRRE,

    Plaintiff,

v.                                                                                  No. CV 21-1017 SCY/CG

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court upon Plaintiff's *Stipulated Motion for Withdrawal and Notice of Substitution of Counsel* (the "Motion"), (Doc. 8), filed by Plaintiff's counsel, Theodore W. Barudin, on January 4, 2022. In the Motion, Mr. Barudin asks to withdraw from this case, explaining that he "is in the process of winding down his practice[.]" *Id.* at 1. Mr. Barudin indicates that Plaintiff consents to Mr. Barudin's withdrawal, that Defendant does not oppose it, and that Plaintiff has retained the Davis Kelin Law Firm, LLC to represent him in this matter. *Id.* The Court, having reviewed the Motion, noting that it is stipulated and that it complies with District of New Mexico Local Rule 83.8, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Theodore W. Barudin (Barudin Law Firm, P.C.) is withdrawn as counsel for Plaintiff. Zackaree S. Kelin (Davis Kelin Law Firm, LLC) shall appear and be substituted as co-counsel of record for Plaintiff.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE