**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEJANDRO AGUIRRE,

      Plaintiff,

v.                                     No. CV 21-1017 JCH/CG

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Deadlines* (the "Motion"), (Doc. 22), filed May 27, 2022. In the Motion, the parties request that the Court extend the deadline for Plaintiff to amend the pleadings and join additional parties to July 25, 2022. (Doc. 22 at 1). The parties state that despite their "cooperation and good faith efforts, additional time for discovery is needed to determine whether additional parties should or must be joined." *Id.* The Court, having reviewed the Motion, noting that it is filed jointly and that no trial has been set in this matter, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders shall be modified as follows:

1. Plaintiff shall amend the pleadings and join additional parties by no later than **July 25, 2022**.

2. Defendants shall amend the pleadings and join additional parties by no later than **August 24, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 16), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE