IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO AGUIRRE,

      Plaintiff,

v.                                             No. CV 21-1017 JCH/CG

UNITED STATES OF AMERICA, *et al.*,

      Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Deadlines* (the "Motion"), (Doc. 24), filed June 17, 2022. In the Motion, the parties request a 90-day extension of all discovery deadlines, explaining they are trying to determine whether additional parties need to be joined, as well "coordinat[ing] schedules on various matters." *Id.* at 2. The Court, having reviewed the Motion, noting that it is filed jointly and that no trial has been set in this matter, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders shall be modified as follows:

1. Plaintiff shall amend the pleadings and join additional parties by no later than **October 24, 2022**;

2. Defendants shall amend the pleadings and join additional parties by no later than **September 21, 2022**;

3. Plaintiff to identify in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **September 19, 2022**;

4. All other parties to identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **November 2, 2022**;

5. Discovery shall terminate by **February 16, 2023**;

6. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) to be filed with the Court and served on opposing parties by **March 8, 2023**;

7. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by[1] **March 20, 2023**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.